ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAR 13 PM 4:33
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| ADAM GARRETT GRAY, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. |
| | * | CV 314-152 |
| JASON MEDLIN, Warden, RON DAY, Chaplain, and MRS. HODGES, Chief, | * | |
| Defendants. | * | |

## O R D E R

On January 20, 2015, the United States Magistrate Judge recommended that the captioned case be dismissed without prejudice for failure to exhaust administrative remedies. (See Report and Recommendation, Doc. No. 7.) Plaintiff filed objections to the Report and Recommendation, which were discussed and overruled in this Court's Order of February 10, 2015, adopting the Report and Recommendation.

Unfortunately, the Court inadvertently used an erroneous case caption in its February 10, 2015 Order, which was carried over to the Judgment by the Clerk of Court. (See Doc. Nos. 11 & 12 (using the wrong defendants' names).) Plaintiff alerted the Court to the error in his recently filed motion for reconsideration.

While the mistake in the case caption is lamentable, it

does not change the substance or merits of the February 10, 2015 Order. Neither does anything expressed in Plaintiff's motion for reconsideration.

Upon the foregoing, Plaintiff's motion for reconsideration is **DENIED**. The Order of February 10, 2015 is hereby **REAFFIRMED** in all respects except the erroneous case caption. Accordingly, Plaintiff's objections of February 3, 2015 are **OVERRULED,** the Report and Recommendation of the Magistrate Judge is **ADOPTED** as this Court's opinion, and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall issue an Amended Judgment reflecting the proper party names. This action remains **CLOSED**.

**ORDER ENTERED** at Augusta, Georgia, this ___13TH___ day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE